AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUN 09 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Alexandro CONTRERAS<br><br>*Defendant(s)* | Case No.<br><br>DR:25 - 2496M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 7, 2025** in the county of **Val Verde** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Ratermann, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2025

_____
*Judge's signature*

City and state: Del Rio, Texas    Joseph Cordova, United States Magistrate Judge
*Printed name and title*

Attachment A

On June 7, 2025, Homeland Security Investigations (HSI) Del Rio Special Agent responded to a report from the United States Customs and Border Protection (CBP) related to an aggressive individual at the International Port of Entry. Customs and Border Protection Officers (CBPO) reported Alexandro CONTRERAS (DOB: 01/29/1997 COC: USA) arrived on foot at the Del Rio Port of Entry International Bridge in Del Rio, Texas via the pedestrian walkway. At primary inspection CONTRERAS was asked to present identification documents. CONTRERAS forcibly slammed his birth certificate onto the table and demanded the CBPO to "hurry up". The CBPO asked CONTRERAS routine immigration inspection questions which CONTRERAS refused to answer and instead continued to demand the CBPO to "hurry up" in an increasingly loud and aggressive manner. At this time the primary officer requested a supervisor come to the pedestrian area for back up due to CONTRERAS' increasingly erratic and aggressive behavior. Additional CBPO's arrived at the pedestrian walkway. CBPOs told CONTRERAS to calm down to which he refused and continued to shout that he was a United States citizen, that he knew his rights, and that the primary officer needed to hurry up and process him because he had to go. CONTRERAS then displayed pre-assaultive indicators by getting into a fighting stance, puffing out his chest, blading his body, clenching his fist, and rolling his shoulders forward and directly engaging one of the CBPO that appeared on scene by yelling, "come on". Upon seeing this change in CONTRERAS' behavior, CBPO ordered CONTRERAS to turn around to which he complied and CBPO's placed handcuffs on CONTRERAS and escorted him to the intake area.

At the intake area, CONTRERAS was instructed to sit down several times by CBPOs. CONTRERAS refused to comply and remained standing, screaming at CBPOs in an aggressive and hostile manner about his rights and being a United States citizen. CONTRERAS became confrontational and refused to allow CBPOs to pat him down and search his pockets. Several CBPOs forcibly sat CONTRERAS down to perform a pat down. One CBPO used pain compliance on the subject's wrist to facilitate access to CONTRERAS pockets. During the pat down CONTRERAS made verbal threats to Supervisory CBPO JG which included, "I'm going to fuck you up", "I'm going to tell my people about you", and told Supervisory CBPO JG, "to watch yourself".

CONTRERARS was escorted to passport secondary to be fingerprinted. During the fingerprinting process CONTRERAS continued yelling and forcibly resisted CBPOs effort to properly fingerprint him. CBPOs were able to de-escalate the situation, and the fingerprinting continued without issue. CBPOs stated that CONTRERAS had a strong odor of alcohol and when asked if he had been drinking, he stated he was drinking the night before.

During the investigative process, HSI Special Agents reviewed surveillance camera footage of the incident, which corroborated information reported by CBPOs. Surveillance camera footage depicted CONTRERAS impeding, resisting, and opposing law enforcement officers in the execution of the duties on June 7, 2025.